# Third District Court of Appeal
## State of Florida

Opinion filed May 22, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1891
Lower Tribunal Nos. 2001890339, 06230005603CA

_____


**Markis L. Whatley,**
Appellant,

vs.

**Department of Revenue, Child Support Program, et al.,**
Appellees.


An Appeal from the State of Florida, Department of Revenue, Child Support Program.

Markis L. Whatley, in proper person.

Ashley Moody, Attorney General, and Toni C. Bernstein, Sr. Assistant Attorney General (Tallahassee), for appellee Florida Department of Revenue.


Before LOGUE, C.J., and EMAS and MILLER, JJ.

PER CURIAM.

Affirmed.